IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN ROSS MCKINNEY                                                                      PLAINTIFF

v.                                         Civil No. 6:15-CV-06077

ROBBIE PLYLER (Lt. CID, Clark County                                                  DEFENDANTS
Sheriff's Office), BRIAN DANIEL (Sgt.
CID, Clark County Sheriff's Office), Becky
Ussery[1] (Domestic Violence, Clark County
Courthouse)

## JUDGMENT

For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 2nd day of July 2018.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Documents submitted by Defendants indicate the correct last name for this Defendant is Ursery. (ECF No. 50-3).

1